# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT A. GRAYER

NO. 2023 KW 1177

**JANUARY 29, 2024**

---

In Re:     Albert A. Grayer, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, Nos. 2201730, 2300662.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT DENIED AS MOOT.**  The records of the Tangipahoa Parish Clerk of Court's Office reflect that the district court denied the motion to correct an illegal sentence, filed October 19, 2023, on October 31, 2023.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT